No. 05–7219.  McCullough v. West, Superintendent, Elmira Correctional Facility.  C. A. 2d Cir.  Certiorari denied.

No. 05–7228.  Lauro v. Massachusetts.  App. Ct. Mass. Certiorari denied.

No. 05–7286.  McDaniel v. Watkins, Warden, et al.  C. A. 10th Cir.  Certiorari denied.

No. 05–7303.  Pink v. McKune, Warden, et al.  C. A. 10th Cir.  Certiorari denied.

No. 05–7327.  Bradford v. Maxwell Tree Expert Co., Inc.  C. A. 7th Cir.  Certiorari denied.

No. 05–7351.  Taus v. Artus, Superintendent, Clinton Correctional Facility.  C. A. 2d Cir.  Certiorari denied.

No. 05–7454.  Ogle v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 05–7465.  McCann, aka Combs v. United States.  C. A. 1st Cir.  Certiorari denied.

No. 05–7472.  Roberts v. United States.  C. A. 4th Cir.  Certiorari denied.

No. 05–7475.  Krangle v. United States.  C. A. 2d Cir.  Certiorari denied.

No. 05–7476.  Lancaster v. United States.  C. A. 11th Cir.  Certiorari denied.

No. 05–7478.  Blackwell v. United States.  C. A. 7th Cir.  Certiorari denied.

No. 05–7480.  Moore v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 05–7482.  Thurman v. United States.  C. A. 1st Cir.  Certiorari denied.